UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANCISCO VIDAL,<br><br>    Plaintiff,<br><br>v.<br><br>PUBLIC DEFENDERS OFFICE, PATERSON-SMITH, P.D., DARIN F. IMLAY, P.D.,<br><br>    Defendants. | Case No. 2:23-cv-01781-RFB-EJY<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff, an inmate in the custody of Clark County Detention Center, submitted a Civil Rights Complaint under 42 U.S.C. § 1983 on November 1, 2023, but failed to file a complete *in forma pauperis* ("IFP") application or pay the required filing fee for a civil action. ECF No. 1-1. On November 3, 2023, the Court issued an Order giving Plaintiff through and including January 3, 2024 to either pay the filing fee or submit a complete IFP application. ECF No. 3. The Court ordered the Clerk of Court to send Plaintiff the IFP application for inmate along with the information and instructions for filing the same. *Id*. The Court explained if Plaintiff failed to comply with the Order, it would recommend dismissal of this action without prejudice. *Id*. As of the date of this Recommendation, Plaintiff has not complied with the Court's November 3, 2023 Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's November 3, 2023 Order.

Dated this 26th day of February, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1

**NOTICE**

Under Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).